SARAH M. TROY, as Administratrix of the Estate of JAMES TROY, Deceased, Respondent, *v.* ROBERT A. MADDOCKS, Appellant, Impleaded with Another.

(Submitted November 27, 1933; decided December 5, 1933.)

*Philip S. Rivlin* for motion.

*Thomas J. O'Neill* and *Archie E. Latto* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that no judgment has been entered determining the action.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE TROMBINO, Appellant.

(Submitted November 27, 1933; decided December 5, 1933.)

Motion for reargument denied.   (See 262 N. Y. 689.)